UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Malibu Media, LLC,**

    **Plaintiff,**

v.                                     Case No. 2:14–cv–837

**John Doe, subscriber assigned IP,**      Judge Michael H. Watson
**Address 76.181.26.110,** *et al.***,**

    **Defendants.**

### ORDER

After securing an entry of default, Malibu Media, LLC ("Plaintiff") moved for default judgment against Lucas Caswell ("Defendant") in this copyright infringement case. Upon a specific order of reference, ECF No. 9, Magistrate Judge Kemp issued a Report and Recommendation ("R&R"), recommending the Court grant default judgment against Defendant and award Plaintiff a permanent injunction prohibiting Defendant from: (1) directly or indirectly infringing upon Plaintiff's copyrighted works, including through the use of the internet, to reproduce, copy, distribute, or make available for distribution to the public Plaintiff's copyrighted works, unless Plaintiff provides a license or express permission, and (2) requiring Defendant to destroy all copies of Plaintiff's motion pictures identified in Exhibit B to the Amended Complaint, ECF No. 5-2, that Defendant has downloaded onto any computer hard drive or server without

Plaintiff's permission and all copies that have been transferred onto any physical medium or device in Defendant's possession, custody, or control. R&R 3, 5–6, ECF No. 14. Magistrate Judge Kemp also recommends awarding Plaintiff statutory damages in the amount of $21,750 and attorney's fees and costs in the amount of $1,582. *Id.* at 5, 6–7.

Magistrate Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 8. Magistrate Judge Kemp further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Clerk shall enter default judgment against Defendant and award Plaintiff a permanent injunction, damages, and attorney's fees and costs, in accordance with the recommendation in the R&R.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT